UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DARIUS DUBARRY, HARRY RIVERA, *and* JAYQUAN GRIFFIN, on behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br><br>  -v-<br><br>ANTHONY ANNUCCI, JEFF McCOY, MICHAEL CAPRIA, LESLIE MAANN, STEPHEN BRANDOW, JPAY INC., JOHN DOE REVIEWING OFFICER #1, JOHN DOE REVIEWING OFFICER #2, JOHN DOE REVIEWING OFFICER #3, *and* JOHN DOE CENTRAL OFFICE REIVEW COMMITTEE MEMBERS,<br><br>      Defendants. | No. 21-CV-5487 (KMK)<br><br>ORDER TO SHOW CAUSE |

KENNETH M. KARAS, United States District Judge:

  On September 27, 2022, the Court granted Defendant's Motion to Dismiss the instant Action without prejudice. (Dkt. No. 71.) The Court granted Plaintiffs 30 days to file an amended complaint, instructing Plaintiffs to "include within that amended complaint any changes to correct the deficiencies identified in [the] Opinion." (*Id.*) Plaintiffs have yet to file an amended complaint. (*See generally* Dkt.)

  Accordingly, it is hereby:

  ORDERED that Plaintiffs shall submit an amended complaint by no later than December 21, 2022, or this case may be dismissed with prejudice without further notice.

The Clerk of Court is directed to mail a copy of this Order to Plaintiffs.

SO ORDERED.

DATED:   November 21, 2022
         White Plains, New York

_____
KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE