UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DARIUS DUBARRY, HARRY RIVERA, and
JAYQUAN GRIFFIN, on behalf of themselves
and all others similarly situated,

                              Plaintiffs,

        -against-                                  21 **CIVIL** 5487 (KMK)

## **JUDGMENT**

ANTHONY ANNUCCI, JEFF McKOY,
MICHAEL CAPRA, LESLIE MANN,
STEPHEN BRANDOW, JPAY INC., and
MEMBERS OF STATE OF NEW YORK
DEPT. OF CORRECTIONS & COMMUNITY
SUPERVISION,

                              Defendants.
------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated June 21, 2023, the Motions are granted. Because this is the second adjudication of Plaintiffs' claims, the claims are dismissed with prejudice; accordingly, the case is closed.

**Dated:**  New York, New York

       June 21, 2023

                                                             **RUBY J. KRAJICK**

                                                              _____
                                                                 **Clerk of Court**

                                            **BY:**       *K. Mango*

                                                               _____
                                                               **Deputy Clerk**